In the Matter of the Application of WILLIAM R. MONTGOMERY, Appellant.

THE PEOPLE OF THE STATE OF NEW YORK, Respondent.

*Matter of Montgomery*, 126 App. Div. 72, appeal dismissed.
(Argued November 12, 1908; decided December 1, 1908.)

APPEAL from an order of the Appellate Division of the Supreme Court in the first judicial department, entered May 15, 1908, which dismissed an appeal from an order of the court at a Trial Term denying a motion for an order directing the stenographer of the grand jury and the district attorney of the county of New York to furnish to the petitioner a copy of the evidence taken before said grand jury upon which certain indictments against him were based.

*Edward J. Welch* and *Howard S. Gans* for appellant.

*William Travers Jerome*, District Attorney (*Robert C. Taylor* of counsel), for respondent.

Appeal dismissed, with costs; no opinion.
Concur: CULLEN, Ch. J., GRAY, HAIGHT, VANN, WILLARD BARTLETT, HISCOCK and CHASE, JJ.